IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KRISTI ZIEMER,

                Plaintiff,

v.                                        Case No.19-cv-496-wmc

GURSTEL LAW FIRM, P.C.,
STEPHEN M. KAMINSKY, and DOES 1-10,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| | |
|---|---|
| /s/ | 7/01/20 |
| Peter Oppeneer | Date |
| Clerk of Court | |